UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk

**In re:**

**Cary Mitchel McEntee**  **Case No. 07-71516-SCS**

**Debtor(s)**  **Chapter 7**

# REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| City of Newport News<br>c/o Office of the City Attorney<br>2400 Washington Ave.<br>Newport News, VA 23607 | $1.70 |
| SCOTT ALPERIN PC<br>4605 PEMBROKE LAKE CIRCLE<br>SUITE 203<br>VIRGINIA BEACH, VA 23455 | $4.37 |
| B&B Consulting & Collections<br>528 King Richard Drive<br>Virginia Beach, VA 23452-5712 | $1.39 |
| VERNON W LEWIS, JR., P.E.<br>114 WHITING ST<br>NORFOLK, VA 23505-4317 | $1.51 |
| NATIONAL TENANT NETWORK<br>PO BOX 7316<br>HAMPTON, VA 23666-0316 | $1.32 |

| | |
|---|---|
| B&B Consulting & Collections<br>528 King Richard Drive<br>Virginia Beach, VA 23452-5712 | $2.33 |
| B&B CONSULTING & COLLECTIONS<br>For Total Food & Deli<br>528 KING RICHARD DR<br>VIRGINIA BEACH, VA 23452-5712 | $4.94 |
| B & B Consulting & Collections<br>528 King Richard Drive<br>Virginia Beach, VA  23452-5712 | $5.00 |
| City of Norfolk<br>Department of Utilities<br>P. O. Box 1080<br>Norfolk, VA 2301 | $2.05 |
| City of Norfolk<br>Parking Division<br>230 E. Main Street<br>Norfolk, VA 23510 | $0.38 |
| CITY OF HAMPTON<br>PO BOX 638<br>HAMPTON, VA 23669 | $0.40 |
| City of Virginia Beach<br>Treasurer<br>Bankruptcy Records<br>2401 Courthouse Drive<br>Virginia Beach, VA 23456 | $1.54 |
| GE Consumer Finance<br>For GE Money Bank<br>dba DREXEL<br>PO Box 960061<br>Orlando FL 32896-0661 | $2.92 |

Date:   November 5, 2010         */S/R. CLINTON STACKHOUSE*
                                 R. CLINTON STACKHOUSE
                                 870 Greenbrier Circle, Suite 200
                                 Chesapeake, VA 23320
                                 (757) 333-4000