# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk

**In re:**

**Cary Mitchel McEntee**                                   **Case No. 07-71516-SCS**

**Debtor(s)**                                              **Chapter 7**

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| CHRIS CHATER<br>2316 TOLER LANE<br>VIRGINIA BEACH, VA 23456 | $4.19 |
| Stock Building Supply, Inc.<br>c/o Glen W. Thompson, Esq.<br>222 Central Park Avenue<br>Virginia Beach, VA 23462-3022 | $2.52 |
| GE Consumer Finance<br>For GE Money Bank<br>dba DREXEL<br>PO Box 960061<br>Orlando FL 32896-0661 | $0.05 |
| STOKES ENVIRONMENTAL<br>ASSOCIATES LTD<br>4101 GRANBY STREET<br>NORFOLK, VA 23504-1117 | $0.29 |
| B&B CONSULTING & COLLECTIONS<br>For Total Food & Deli<br>528 KING RICHARD DR | $0.08 |

VIRGINIA BEACH, VA 23452-5712

City of Norfolk                                                              $0.03
Department of Utilities
P. O. Box 1080
Norfolk, VA 2301

City of Newport News                                                    $0.02
c/o Office of the City Attorney
2400 Washington Ave.
Newport News, VA 23607

CATERPILLAR FINANCIAL                                          $1.85
SERVICES CORPORATION
2120 WEST END AVENUE
PO BOX 34001
NASHVILLE, TN 37203

SCOTT ALPERIN PC                                                       $0.07
4605 PEMBROKE LAKE CIRCLE
SUITE 203
VIRGINIA BEACH, VA 23455

City of Norfolk                                                              $0.09
Department of Public Works
810 Union St., Rm 809
Norfolk, VA 23510

B&B Consulting & Collections                                      $0.09
528 King Richard Drive
Virginia Beach, VA 23452-5712

Northeast Verizon Wireless                                          $0.18
404 Brock Dr
Bloomington, IL 61701

Superior Equipment Sales                                            $1.38
808 LiveOak Dr.
Chesapeake, VA 23320

HUFF,POOLE & MAHONEY PC                                     $0.55
STOCK BUILDING
4705 COLUMBUS ST
VIRGINIA BEACH, VA 23462

Your Total Agent, LLC                                                  $0.80

c/o Jeffrey L. Marks
2101 Parks Avenue, Suite 700
Virginia Beach, VA 23451

| | |
|---|---|
| LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $1.42 |
| National Home Ins. Co.<br>Tracy Acosta<br>10375 E. Harvard Ave.<br>Denver, CO 80231 | $0.11 |
| CITY OF HAMPTON<br>PO BOX 638<br>HAMPTON, VA 23669 | $0.01 |
| B&B Consulting & Collections<br>528 King Richard Drive<br>Virginia Beach, VA 23452-5712 | $0.04 |
| City of Virginia Beach<br>Treasurer<br>Bankruptcy Records<br>2401 Courthouse Drive<br>Virginia Beach, VA 23456 | $0.03 |
| B&B Consulting & Collections<br>528 King Richard Drive<br>Virginia Beach, VA 23452-5712 | $0.02 |
| US BANK NA/ RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | $0.21 |
| VERNON W LEWIS, JR., P.E.<br>114 WHITING ST<br>NORFOLK, VA 23505-4317 | $0.03 |
| City of Norfolk<br>Parking Division<br>230 E. Main Street | $0.01 |

Norfolk, VA 23510

| | |
|---|---|
| NATIONAL TENANT NETWORK<br>PO BOX 7316<br>HAMPTON, VA 23666-0316 | $0.03 |
| A & S COLLECTION ASSOCIATES INC<br>SWAMI FOOD STORE<br>PO BOX 395<br>WILLIAMSTOWN, VT 05679 | $0.10 |
| Terrance Wongus<br>3906 Roebling Lane<br>Virginia Beach, VA 23452 | $0.90 |
| Ferguson Enterprises, Inc.<br>c/o Glen W. Thomapson, Esq.<br>222 Central Park Avenue<br>Virginia Beach, VA 23462-3022 | $1.82 |

Date: <u>February 23, 2011</u>              */S/R. CLINTON STACKHOUSE*
                                            R. CLINTON STACKHOUSE
                                            Chapter 7
                                            870 Greenbrier Circle, Suite 200
                                            Chesapeake, VA 23320
                                            (757) 333-4000