## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk

In re:

CARY MITCHEL McENTEE                              Case No. 07-71516-scs
                                                  Chapter 7
       Debtor.

### AMENDED REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy procedure 3011 and 11 U.S.C §347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" represent unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Crawford Heating and Air<br>PO Box 5771<br>Virginia Beach, VA  23471-0771 | $17.90 |
| Julius O. Hayes<br>PO Box 64456<br>Virginia Beach, VA  23467-4456 | $112.09 |
| Cox Communications<br>1341 Crossways Blvd.<br>Chesapeake, VA  23320 | $7.48 |
| Elvis Tule<br>dba A & P Framing<br>Vimy Ridge Avenue<br>Norfolk, VA  23509 | $161.40 |

                      Total    $298.87

Dated:   2/24/2011

/s/ R. Clinton Stackhouse, Jr.
_____

R. Clinton Stackhouse, Jr.
Chapter 7 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA  23320