**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:
CARY MITCHEL McENTEE                                   Case No. 07-71516-scs
        Debtor.                                                    Chapter 7

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

     Pursuant to Federal Rule of Bankruptcy procedure 3011 and 11 U.S.C §347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" represent unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Cox Communications<br>1341 Crossways Blvd<br>Chesapeake, VA  23320 | $ 7.57 |
| Elvis Tule<br>d/b/a A & P Framing<br>Viny Ridge Avenue<br>Norfolk, VA  23509 | $163.25 |
| Donald Porter<br>1060 Sandford Ave<br>Virginia Beach, VA  23455 | $ 6.10 |
| Mike Beck<br>2202 Vista Circle<br>Virginia Beach, VA  23451 | $ 19.30 |
| Total: | $196.22 |

Dated: June 16, 2011                                        /s/ R. Clinton Stackhouse, Jr.
                                                                                           _____
                                                                                           R. Clinton Stackhouse, Jr.
                                                                                           Chapter 7 Trustee
                                                                                          870 Greenbrier Circle, Suite 200
                                                                                          Chesapeake, VA  23320
                                                                                          (757)333-4000